**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Cloyd Benjamin
Attorney at Law
726-B Third St.
Natchitoches LA 71457

**REHEARING ACTION: March 11, 2015**

**Docket Number: 14   00923-CA**

**COLLEEN TOWNSEND**
**VERSUS**
**CITY OF LEESVILLE**

**Appealed from Vernon Parish Case No. 88,028, Div. A**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Leesville** has this day been

    **DENIED.**

cc: Daniel M. Landry, III, Counsel for the Appellant